**Vernon TATUM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38436.**

Missouri Court of Appeals,
Western District.

March 3, 1987.

Joseph H. Locascio, Special Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate conviction of murder in the first degree,

§ 565.003 RSMo 1978, and sentence to life in prison.

Judgment affirmed. Rule 84.16(b).

**Sgt. Robert M. WATTS, Appellant,**

v.

**BOARD OF POLICE COMMISSIONERS, CITY OF KANSAS CITY, Missouri, Respondent.**

**No. WD 38530.**

Missouri Court of Appeals,
Western District.

March 3, 1987.

James L. McMullin, Kansas City, for appellant.

Russell D. Jacobson, Kansas City, for respondent.

Before PRITCHARD, P.J., MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Direct appeal from a circuit court judgment affirming an administrative decision of suspension without pay for a period of six months, pursuant to § 84.620, RSMo 1978.

Judgment affirmed. Rule 84.16(b).